UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

AMERICA FIRST POLICY INSTITUTE,

Plaintiff

v.                                                       Civil Action No.

UNITED STATES INSTITUTE OF PEACE,

Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, America First Policy Institute provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

None.

Date: June 3, 2025

Respectfully submitted,

*/s/ H. Dustin Fillmore III*
H. Dustin Fillmore III
State Bar No. 06996010
Charles W. Fillmore
State Bar No. 00785861

THE FILLMORE LAW FIRM, LLP
201 Main Street, Suite 700
Fort Worth, Texas 76102
817/332-2351 – office

817/870-1869 – fax
dusty@fillmorefirm.com
chad@fillmorefirm.com

Of Counsel:

Andrew Zimmitti (*application for admission pro hac vice forthcoming*)
America First Policy Institute
1455 Pennsylvania Ave., N.W.
Ste. 225
Washington, D.C., 20004
azimmitti@americafirstpolicy.com

John Casali (*application for admission pro hac vice forthcoming*)
America First Policy Institute
1455 Pennsylvania Ave., N.W.
Ste. 225
Washington, D.C., 20004
jcasali@americafirstpolicy.com